## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Austin Johnston, a Special Agent (SA) with the Federal Bureau of Investigation (hereinafter "FBI"), Cleveland Division, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed since January 2020. I am currently assigned to the Cleveland Field Office, Canton Resident Agency, Canton, Ohio, Violent Crime and Child Exploitation Squad. While in this role, I have investigated violent criminal statutes to include federal criminal violations related to violent crime against children and the FBI's Innocent Images National Initiative. My responsibilities in this role include enforcing federal criminal statutes, including investigations involving bank robbery, Hobbs Act robberies, firearms violations and investigative matters involving the online sexual exploitation of children. I have received training in the area of child pornography (as defined in 18 U.S.C. § 2256) and child exploitation, and have, as part of my daily duties as a Special Agent assigned investigated violations relating to child exploitation and child pornography, including violations pertaining to the possession, distribution, receipt, advertising, and production of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252(a), and 2252A.  I have gained experience through training at the FBI Academy in Quantico, Virginia, advanced on the job training, Cleveland FBI SWAT, and everyday work relating to conducting these types of investigations. Prior to the FBI, I was employed by Texas Department of Public Safety, Highway Patrol since 2016.

2.      I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by

–1–

law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C §
2516.

3.      This affidavit is being submitted for the limited purpose of establishing probable
cause to believe that Donald Paul Morrow (hereafter referred to as "**MORROW**"), age 58,
currently residing at [redacted] Louisville Street NE, Homeworth, OH 44634 violated 18 U.S.C.
§ 2252(a)(2), Receipt and Distribution of Visual Depictions of Real Minors Engaged in Sexually
Explicit Conduct, 18 U.S.C. § 2252A(a)(5)(B) Possession of Child Pornography and 18 U.S.C. §
2252 (a)(1) Transportation of Child Pornography.

4.      The statements contained in this affidavit are based upon my personal knowledge
and observations, my training and experience, CyberTips submitted to the National Center for
Missing and Exploited Children ("NCMEC"), law enforcement and commercial databases,
physical surveillance, and my investigation of this matter. This affidavit includes only those facts
that I believe are necessary to establish probable cause and does not include all the facts
uncovered during the investigation.

## RELEVANT STATUTES

5.      Title 18, United States Code, Section 2252(a)(2) prohibits a person from
knowingly receiving any visual depiction of a minor engaging in sexually explicit conduct when
such visual depiction was either mailed or, using any means or facility of interstate or foreign
commerce, shipped or transported in or affecting interstate or foreign commerce by any means,
including by computer, or when such child pornography was produced using materials that had
traveled in interstate or foreign commerce.

–2–

6.      Title 18, United States Code, §2252A(a)(5)(B), prohibits a person from knowingly possessing or accessing with intent to view any child pornography, as defined in 18 U.S.C. §2256(8), when such child pornography was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such child pornography was produced using materials that had traveled in interstate or foreign commerce.

**PROBABLE CAUSE**

7.      In April 2026, FBI Canton received Cybertip 235121478 from the National Center for Missing and Exploited Children (NCMEC). On or about April 15, 2026 SA Johnston reviewed the Cybertip reporting from NCMEC pertaining to the Dropbox account subscriber believed to be later identified as Donald Morrow "Don" (hereafter referred to as "MORROW"), date of birth October XX, 1967 (redacted), social security number XXX-XX-6844 (redacted), residing at the XXXXX Louisville Street NE, Homeworth, OH 44634[1], was suspected of receipt, distribution, and possession of child sexual abuse material (CSAM) via his Dropbox, Inc account.

8.      More specifically, Dropbox, Inc, reported on April 7, 2026, at 15:26:50 UTC, Dropbox, Inc account utilizing email address wtvfd622@gmail.com, with assigned screen name "Don Morrow", uploaded 30 files of CSAM into the account. Some of the files were reviewed by Dropbox, Inc and believed to depict CSAM.

9.      Dropbox, Inc, also reported on April 8, 2026, at approximately 15:24: UTC, the same account attempted to share video file "2_ev_2.mp4" to another account. In addition, at

---

[1] Located within the Northern District of Ohio, Eastern Division

−3−

approximately 21:20:07 UTC, the user shared a link containing file "3_ev_2.mp4" to another user. SA Johnston reviewed the designated video files and confirmed them to depict CSAM. The files are described as follows:

**File Name**: 2_ev_2.mp4

**Description**: This file was a 35 second color video depicting an approximately 8-year-old, partially, nude, prepubescent girl on top of a bed, on her hands and knees. An adult male is having genital to genital sex with the girl. The adult male ejaculates inside of the girl.

**File Name**: 3_ev_2.mp4

**Description**: This file was a 1 minute and 2 second color video depicting an approximately 8-year-old, partially nude, prepubescent girl on top of a bed, lying on her back, with her legs in the air. An adult male is having genital to anal sex with the girl. Throughout the video, the girl is attempting to push the male off her and is crying in pain.

10. The remaining 28 files are similar in likeness and kind as those described herein.

11. According to Cybertip 235121478, on April 8, 2026, at approximately 14:07: 30 UTC (10:07 est), Dropbox, Inc reported that the account associated with email address wtvfd622@gmail.com utilized internet protocol address 2603:6010:c501:1c5:884:5bb1:1fd6:afba to login to the account. On or about May 20, 2026, an administrative subpoena was served to Charter Communications in reference to IP address 2603:6010:c501:1c5:884:5bb1:1fd6:afba. On or about May 20, 2026, Charter responded and produced the following:

a. Subscriber Name: Morrows Service

b. Service Address: XXXX Union Ave NE, Homeworth, OH 44634

–4–

    c.       Username: morrowservicesinc@gmail.com

    d.       Phone Number: (330) 823-7112

12.      On or about April 22, 2026, an administrative subpoena was served on Google LLC for account information in reference to Gmail address wtvfd622@gmail.com. On or about May 7, 2026, Google LLC responded and produced the following:

    e.       Subscriber Name: Donald Morrow

    f.       Email: Wtvfd622@gmail.com

    g.       SMS: (330) 323-8182

    h.       Created: 07-24-2009

13.      On or about April 22, 2026, open-source research was conducted in reference to Morrow and linked telephone numbers. On April 22, 2026, telephone number (330) 323-8182 was shown to be linked to Morrow. Subsequently, an administrative subpoena was served to AT&T regarding telephone number (330) 323-8182. On or about April 30, 2026, AT&T responded and produced the following subscriber information:

    i.       Active: 04/15/2005 – Current

    j.       Name: Don P Morrow

    k.       Address: XXXXX Louisville Street, Homeworth, OH 44634

    l.       Contact Email: WTVFD622@roadrunner.com

WTVFD622 was observed to be the same email username as the one associated with the original Cybertip; the only difference being the domain name.

14.      On or about April 27, 2026, an administrative subpoena was served on Dropbox, Inc regarding Dropbox, Inc account wtvfd622@gmail.com. On or about May 5, 2026, Dropbox

–5–

responded and produced the following:

    m.      Name: Don Morrow

    n.      Email Address: wtvfd622@gmail.com

    o.      Address: XXXXX Louisville Street, Homeworth, OH 44634

    p.      SMS: (330) 323-8182

15.      Database analysis and open-source research was conducted in reference to Donald Morrow and produced subscriber information. A search of online databases to include TLO, OHLEG[2] showed the telephone number (330) 323-8182 to be an active number, assigned to MORROW.

16.      In addition, a review of social media showed MORROW to have a reported address of the XXXXX Louisville Street NE, Homeworth, OH 44634 and employed at Morrow's Auto Service, to include being the Assistant Fire Chief for Washington Township Volunteer Fire Department (wtvfd622@gmail.com, is believed to be associated with MORROW's fire department affiliation).

---

[2] TLO (often referred to as TLO or "The Last One") is a powerful, fee-based, proprietary, database, and online investigative tool used primarily by legal, law enforcement, and investigative professionals to locate individuals, assets, and uncover deep background information. Owned by TransUnion, TLO queries over 10,000 data sources to provide comprehensive reports on people, businesses, and assets, including, criminal records, social media, and phone records.

OHLEG (Ohio Law Enforcement Gateway) is a secure, web-based electronic network for authorized law enforcement, prosecutors, and criminal justice personnel in Ohio to share data, access investigative tools, and receive training. It helps solve and prevent crimes by providing access to databases for searching persons, vehicles, and records.

17.     To note, MORROW has been employed as first responder with the Washington Township Volunteer Fire Department for over two decades and has likely had dozens of interactions with minors.  Review of social media also shows MORROW to be associated with Stark State College's Fire Academy.

 

18.     On May 7, 2026, U.S. Magistrate Judge Amanda Knapp of the Northern District of Ohio, authorized an account content search to Dropbox, Inc, for Dropbox account Wtvfd622@gmail.com, "Don Morrow", ID: 298091734.

19.     On May 8, 2026, Dropbox, Inc produced the requested content. A review of the produced content revealed 46 video files of child sexual abuse material (CSAM); to include 16 video files of child exploitative material. A representative sample of the files is described below:

**File Name:** 32_ev.mp4

**Description**: This file is a 6 minute and 26 second color video depicting two nude prepubescent girls, lying on a bed with an adult male. The adult has genital to anal sex with an

approximately 7-year-old girl.

**File Name**: 16_ev.mp4

**Description**: This file is a 6 minute and 41 second color video depicting a nude, approximately 4-year-old girl lying on a bed. An adult male is having genital to genital and anal to genital sex with the girl.

20.     On May 22, 2026, United States Magistrate Judge Carmen E Henderson, of the Northern District of Ohio, issued search warrants for MORROW's person, place of work and residence in Homeworth, OH. At approximately 7:00 AM on May 28, 2026, the search warrants were executed at all three locations. Prior to the execution, physical surveillance observed MORROW depart his residence and enter his place of employment (XXXX Union AVE) at approximately 6:57 AM. At approximately 7:01 AM, SA Johnston made contact with MORROW, who later agreed to speak with Agents and provide information relevant to the investigation.

21.     SA Johnston and SA Mauro conducted a consensual interview of MORROW at the Louisville Police Department. During the interview, MORROW stated he started viewing child pornography years ago, while married to his previous wife. MORROW preferred content of children in their later teens, 14-16 years old. While viewing pornography, MORROW had clicked on links of CSAM containing children as young as toddlers. MORROW viewed the content for sexual gratification. MORROW recalled downloading at least 30 videos of CSAM from Telegram, generally in the form of MEGA links. More often than not, MORROW would pay for the content.

22. Subsequent to the search, multiple electronic devices were discovered at MORROW's place of business and residence. Within a briefcase inside of MORROW's bedroom, a Western Digital external hard drive was located. A forensic review of the external drive showed approximately 254 media files of pornography, including CSAM. One folder labeled "young.zip" contained 67 video files of CSAM. A representative example of some of those files is described below:

    a. File Name: VID-20220825-WA0195.mp4

    b. Description: This file is a 1 minute and 31 second video depicting a nude prepubescent girl, approximately 10 years old lying on a bed with her legs in the air. A nude, adult male is pushing a large black object into her vagina. The girl at times whimpers in pain.

    a. File Name: VID-20220825-WA0180.mp4

    b. Description: This file is a 1 minute and 13 second video depicting a nude prepubescent toddler lying on her back. An adult male is engaging in genital to genital or genital to anal sex with the toddler.

### CONCLUSION

23. Based on the forgoing, there is probable cause to believe that Donald Paul MORROW violated 18 U.S.C. § 2252(a)(2), Receipt and Distribution of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct, 18 U.S.C. § 2252A(a)(5)(B) Possession of Child Pornography and 18 U.S.C. § 2252 (a)(1) Transportation of Child Pornography.



Austin Johnston, Special Agent
Federal Bureau of Investigation

iable electronic means. Fed. R. Crim. P. 3, 4(d),

Carmen Henderson

UNITED STATES MAGISTRATE JUDGE

–10–